IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO MYLES,<br><br>    Plaintiff,<br><br>    vs.<br><br>WARDEN J. SULLIVAN,<br>et al.,<br><br>    Defendants._____/ | 1:04-CV-06428-AWI-SMS-P<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br>(Document No. 18) |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

      On June 13, 2005, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on March 31, 2004, IT IS HEREBY ORDERED THAT petitioner's application of June 13, 2005, is DISREGARDED as moot.

IT IS SO ORDERED.

**Dated:   July 7, 2005**                   **/s/ Sandra M. Snyder**
b6edp0                                                   UNITED STATES MAGISTRATE JUDGE