# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO MYLES, | CV F   04 5329 AWI SMS P |
|       Plaintiff, | |
|     v. | ORDER DISREGARDING MOTION TO AMEND COMPLAINT (Doc. 25.) |
| J.W. SULLIVAN, et. al., | |
|       Defendants. | |

    Reynaldo Myles ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the instant action on February 23, 2004.  The Court dismissed the Complaint with leave to amend on May 12, 2005.  On June 6, 2005, Plaintiff filed an Amended Complaint.

    The Court dismissed the Amended Complaint on October 11, 2006, giving Plaintiff the opportunity to file a Second Amended Complaint.  However, on October 26, 2006, Plaintiff

1  instead filed a Motion to file a Second Amended Complaint.  No Second Amended Complaint
2  was attached.
3       As noted above, the Court has already granted Plaintiff permission to file a Second
4  Amended Complaint.  Thus, the Motion to file a Second Amended Complaint is
5  DISREGARDED as unnecessary. The Court will grant Plaintiff more time to file the Second
6  Amended Complaint as is contemplated by his request for permission to file such Complaint.
7       The Court HEREBY ORDERS:
8       1.   The Motion to File Second Amended Complaint is DISREGARDED as
9            unnecessary; and
10      2.   Plaintiff is GRANTED thirty (30) days from the date of service of this Order in
11           which to file his Second Amended Complaint.
12  IT IS SO ORDERED.
13  **Dated:   October 31, 2006**            **/s/ Sandra M. Snyder**
    icido3                                   UNITED STATES MAGISTRATE JUDGE