# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO MYLES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. BUSBY (correctional officer),<br><br>　　　　Defendant. | CASE NO. 1:04-cv-05329-AWI-SMS (PC)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 27) |

Reynaldo Myles ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 17, 2006. The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendant J. Busby for use of excessive physical force in violation of the Eighth Amendment. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant C/O J. Busby.
2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed November 17, 2006.
3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
   a. Completed summons;
   b. One completed USM-285 form for each defendant listed above; and
   c. Two (2) copies of the endorsed second amended complaint filed

|   |   |   |
|---|---|---|
| 1 |   | November 17, 2006. |
| 2 | 4. | Plaintiff need not attempt service on Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs. |
| 6 | 5. | <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u> |

IT IS SO ORDERED.

**Dated:   September 16, 2008**              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE