# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **Reynaldo Myles,** | 1:04-cv-5329-JAT (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **J. Busby, et al.,** | |
| Defendants. | |

IT IS ORDERED that Defendant's motion for referral to the pro se settlement program, and specifically for referral to Magistrate Judge Vadas for mediation (part of Doc. #45) is granted; accordingly,

IT IS FURTHER ORDERED referring this case to Magistrate Judge Vadas and the Pro Se Settlement Program for mediation.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward a copy of this Order to Magistrate Judge Vadas (in addition to the parties).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1     IT IS FURTHER ORDERED that Defendant's request to stay this case while the
2 parties participate in mediation (part of Doc. #45) is denied. This case was filed February
3 23, 2004. This Court takes its duty and the parties' duty to reach a "speedy" resolution of
4 this case, under Rule 1 of the Federal Rules of Civil Procedure, seriously and this case
5 will not be stayed or continued any further. As a result, the parties must comply with all
6 deadlines set in the January 20, 2009 scheduling order (Doc. #42) while they participate
7 in mediation.
8     DATED this 8th day of April, 2009.

James A. Teilborg
United States District Judge