IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | | |
|---|---|---|
| Reynaldo Myles, | ) | No. 1:04-CV-5329-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| J. Busby, | ) | |
| Defendant. | ) | |

IT IS ORDERED that because Doc. #56 is directed at Defendant and not at the Court, the Clerk of the Court shall remove Doc. #56 from the Court's pending motion list.

IT IS FURTHER ORDERED that Plaintiff's request for additional time to respond to Defendant's First Request for Production of Documents (Doc. #58) is granted to the limited extent that Plaintiff shall respond no later than July 13, 2009; IT IS FURTHER ORDERED confirming the July 24, 2009 discovery deadline and cautioning Plaintiff that because of this deadline there will be no further extensions;

IT IS FURTHER ORDERED that Plaintiff's "inquiry" (Doc. #53) as to who will represent him at the upcoming mediation is "answered" in that Plaintiff is advised that the Court will not appoint any person or agency to represent Plaintiff at the mediation, Plaintiff must represent himself; and

1  IT IS FINALLY ORDERED that if Plaintiff opposes Defendant's motion for leave
2 to file an unenumerated 12(b) motion (Doc. #57), Plaintiff must file his opposition no later
3 than July 6, 2009.

4  DATED this 24th day of June, 2009.

_____
James A. Teilborg
United States District Judge