1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

(Fresno Division)

9
10   Reynaldo Myles,                    )   No. 1:04-CV-5329-JAT
                                        )
11            Plaintiff,                )   **ORDER**
                                        )
12   vs.                                )
                                        )
13                                      )
     J. Busby,                          )
14                                      )
              Defendant.                )
15                                      )
     _____)
16

17        The Court having been advised that Plaintiff will be paroled into the custody of U.S.

18   Immigration and Customs Enforcement on July 16, 2009,

19        IT IS ORDERED granting the Motion for Miscellaneous Relief (Doc. #63) as stated

20   below.

21        IT IS FURTHER ORDERED quashing the writ of habeas corpus ad testificandum

22   (Doc. #62).

23        IT IS FURTHER ORDERED vacating the referral to the pro se mediation program

24   (Doc. #46).

25        IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this

26   Order to Magistrate Judge Nandor Vadas.

27        IT IS FURTHER ORDERED that Defendant shall send a copy of this Order to the

28   Warden of the Chuckawalla Valley State Prison.

1    IT IS FURTHER ORDERED that Plaintiff is reminded that nothing about his parole

2    or, in the event it occurs, his deportation, relieves him of any of his obligations to prosecute

3    this case.  *See generally* Fed.R.Civ.Pro. 41(b).  And specifically, Plaintiff is required to keep

4    a current address on file with the Court and to timely respond to all pending motions.  The

5    Court will deem Plaintiff's failure to oppose a motion to be consent to the motion being

6    granted.

7    IT IS FURTHER ORDERED that Defendant's unopposed[1] Motion for Leave to File

8    an Unenumerated 12(b) motion (Doc. #57) is granted; Defendant shall file his unenumerated

9    12(b) motion by July 20, 2009.

10   DATED this 9th day of July, 2009.

11

12

13                                     James A. Teilborg
                                       United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27   [1]  In the Order of June 24, 2009, Plaintiff was advised that he had to oppose this late filing

28   by July 6, 2009 and he did not file any opposition.