IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | | |
|---|---|---|
| Reynaldo Myles, | ) | No. 1:04-CV-5329-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| J. Busby, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for extension of time (Doc. #73) to respond to Defendant's Motion to Dismiss is granted as follows:

(1) Plaintiff shall respond to the motion to dismiss (Doc. #69) within 15 days of the date of this Order;

(2) Defendant's reply is due within 15 days of the date Plaintiff serves his response; and,

(3) The Clerk of the Court shall re-send Plaintiff a copy of the Order of July 31, 2009 (Doc. #70).

DATED this 18th day of September, 2009.

_____
James A. Teilborg
United States District Judge