IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **Reynaldo Myles,** | 1:04-CV-5329-JAT (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **J. Busby, et al.,** | |
| Defendants. | |

IT IS ORDERED that Plaintiff's motion seeking clarification regarding whether he needs to send an additional copy of his response to Defendant Myles' motion to dismiss (Doc. #77) is granted to the extent that Plaintiff is advised that the Court received a copy of the response (Doc. #75) on September 21, 2009 and Plaintiff need <u>not</u> send another copy.

DATED this 15th day of October, 2009.

_____
James A. Teilborg
United States District Judge

1